ORDERED UNSEALED on **04/04/2023**   s/ dominicfra



SEALED
s/ dominicfrank

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate's Case No. **23MJ1169** |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 21, U.S.C., Secs. 959, 960 and 963 – International Conspiracy to Distribute Controlled Substances; Title 46, U.S.C., Secs. 70503 and 70506(b) – Conspiracy to Possess With Intent to Distribute Cocaine on Board a Vessel; Title 21, U.S.C., Secs. 952, 960 and 963 – Conspiracy to Import Controlled Substances) |
| UGAN LOPEZ BELTRAN, aka "Kiwuas," aka "Prada," | |
| Defendant. | **[UNDER SEAL]** |

The undersigned complainant being duly sworn states:

<u>Count 1</u>

Beginning at a date unknown and continuing up to and including the date of this Complaint, within the country of Mexico and elsewhere, defendant UGAN LOPEZ BELTRAN, aka "Kiwuas," aka "Prada," who will first enter the United States in the Southern District of California, did knowingly and intentionally conspire with other persons known and unknown, to distribute and cause the distribution of a controlled substance, to wit: 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; intending, knowing and having reasonable cause to believe that such cocaine would be unlawfully imported into the United States; all in violation of Title 21, United States Code, Sections 959, 960, and 963.

//

//

Count 2

Beginning on a date unknown and continuing up to and including the date of this Complaint, on board a vessel subject to the jurisdiction of the United States, while on the high seas, defendant UGAN LOPEZ BELTRAN, aka "Kiwuas," aka "Prada," did knowingly and intentionally conspire with other persons known and unknown, to possess with intent to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 46, United States Code, Sections 70503 and 70506(b).

Count 3

Beginning at a date unknown and continuing up to and including the date of this Complaint, within the Southern District of California and elsewhere, defendant, UGAN LOPEZ BELTRAN, aka "Kiwuas," aka "Prada," did knowingly and intentionally conspire with other persons known and unknown, to import a controlled substance, to wit: 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.


*Seth Flanagan*
_____
Seth Flanagan
Special Agent
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 31th day of March 2023.  I also order that this complaint, probable cause statement, and arrest warrant be filed under seal.


*Barbara L Major*
_____
Honorable **Barbara L. Major**
United States Magistrate Judge

PROBABLE CAUSE STATEMENT

I, Seth Flanagan, being duly sworn, declare under penalty of perjury that the following statement is true and correct:

TRAINING AND EXPERTISE

1.      I am an investigative or law enforcement officer within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States, who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I am a Special Agent with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), and have been so employed since April 2016.  I am currently assigned to the San Diego Costa Pacifico Money Laundering Task Force in San Diego, California

2.      Prior to the Costa Pacifico Money Laundering Task Force, I was assigned to the San Diego Organized Crime Drug Enforcement Task Forces (OCDETF) Strike Force, also known as the Major Mexican Traffickers Task Force (MMTTF), in San Diego, California.   I was assigned to the MMTTF from approximately April 2017 through December 2022.

3.      I am cross-designated and have the authority to conduct Title 21 investigations and enforcement activities.  I have been involved with investigations for Title 21 offenses and am familiar with the Interagency Cooperation Agreement between U.S. Drug Enforcement Administration (DEA) and HSI.  During my time at the OCDETF Strike Force I have taken part in several complex investigations into Transnational Criminal Organizations (TCOs) that traffic drugs from numerous source countries to the United States.   These investigations have been primarily telephonic in nature and have resulted in dozens of indictments and arrests in numerous countries, the seizure of ton quantities of drugs in numerous countries, and the seizure of millions of dollars in drug proceeds in numerous countries.  Before joining HSI, I was employed with the United States Border Patrol, as a Border Patrol agent.

4.      I was employed by the U.S. Border Patrol from December 2008 through April 2016.  For approximately five of my years in the Border Patrol, I was assigned to the San Diego Sector Intelligence Unit (SIU).  While at the SIU, I was assigned to various groups and joint agency operations that investigated human smuggling organizations and/or Drug Trafficking Organizations (DTOs) who smuggled people or drugs from Mexico to the Southern, Central, and Eastern Districts of California.  During the last year and 10 months of my career in the U.S. Border Patrol, I was assigned to HSI as a task force officer at Operation Alliance, a joint DEA and HSI task force where I investigated DTOs who smuggled drugs from South America, Central America, and Mexico into the United States.

5.      Prior to my career in law enforcement, I received a Bachelor of Arts degree in International Studies from the University of South Florida, with a focus on Latin American Studies, and a minor in Spanish language.

6.      I have received formal training, and have extensive on-the-job experience and training, relative to the investigation of the importation, transportation, sales, manufacturing, and distribution of controlled substances.  I have participated in several large-scale multi-national drug investigations that involved the use of electronic surveillance techniques.  I have investigated or helped to investigate numerous DTOs and those investigations have resulted in arrests, seizures of drugs, indictments, and convictions of drug traffickers.   While participating in these and other criminal investigations, I have executed search warrants on businesses, residences, vehicles and storage facilities.  I have also participated in undercover operations that involved the sale, purchase, transportation and importation of controlled substances.  I have participated in investigations in which drug traffickers also relied heavily upon electronic communication facilities and other electronic devices as a means of communicating across international borders.  I have interviewed numerous individuals who have been directly and indirectly involved in the importation, transportation, distribution and

manufacturing of illegal drugs and controlled substances. Through these investigations, my training and experience, and my conversations with other law enforcement investigators, I have become familiar with the methods used by drug traffickers to smuggle, safeguard, and distribute drugs, and to collect and launder proceeds related to the sales of drugs. I am also familiar with the methods employed by large-scale DTOs in attempts to thwart detection by law enforcement including but not limited to the use of satellite and cellular telephone technology, counter surveillance techniques, false or fictitious identities and addresses, and coded communications.

7.     I have also received specialized training in transnational organized crime and money laundering techniques utilized by the DTOs. I have also participated in investigations in which drug traffickers and money launderers relied heavily upon telephone communication to include the use of messaging applications such as WhatsApp, e-mail services, and cellular phones to communicate with associates and co-conspirators. Through my investigations, my training and experience, and discussions with other law enforcement personnel, I have become familiar with the tactics and methods used by drug traffickers to smuggle and safeguard controlled substances, to distribute controlled substances, to collect and launder the proceeds from the sale of controlled substances and the clandestine manufacturing of narcotics. My knowledge of the matters contained in this affidavit is based upon my personal knowledge, information provided to me by other law enforcement officers/agents, and information provided to me by one or more Confidential Sources (CS) and/or Sources of Information (SOI).

8.     During the course of my employment, I have become familiar with the ordinary meanings of many slang or code words used by drug traffickers in several Central and South American countries, to include Ecuador and Mexico. I also know large-scale, well-organized drug traffickers often compartmentalize their

communications across varied communication facilities to further thwart law enforcement efforts.

9.     The following is based on my own investigation and investigations conducted by other law enforcement agents, including oral and written reports by other law enforcement officers, reliable confidential sources (CS), physical and electronic surveillance, interviews, subpoenaed records, database checks, searches, phone-link analysis, and other information. Since this Affidavit is for a limited purpose, I have not included every fact I know about this investigation. I set forth only facts necessary to establish foundation for the requested order. Conversations and discussions are set forth below in substance unless otherwise noted.

10.     The telephone calls and text messages were originally in Spanish and have been translated to English and represent linguist's and agent's summaries, understandings and interpretations at the time of reading, and are subject to review and revision.  I noted the original Spanish word in parenthesis where relevant. Because the Spanish language assigns a gender to most words, I noted the gender of the word in parenthesis when it is relevant to what is being discussed by the traffickers.  My interpretations of certain statements are set forth in brackets and are based upon my knowledge of this and other investigations and my training and extensive experience in electronic surveillance investigations involving the Spanish language and large-scale movements of cocaine from South America to Central America and Mexico for distribution to the United States.  Dates, times, and amounts are approximate.

A.     <u>October 2020 successful delivery of approximately 1,175 kilograms of cocaine to Mexico</u>

11.     On September 22, 2020, Oscar Manuel GASTELUM Iribe, aka "El Musico," told "Gaspar" a drug-laden vessel (DLV) had departed South America and would meet up with the Mexican pick-up panga the following Thursday.

| GASTELUM | Sir, how are you? The is the "P" report, Sir. |
|---|---|

| GASTELUM | Short – LG.  They are estimating [the DLV] to arrive Wednesday at 4:00 P.M [to the rendezvous with GASTELUM's pick-up vessel]. |
| ***approximately one hour later*** | |
| GASTELUM | It changed, Thursday 8 PM. |
| Gaspar | We will depart today God willing. |

12.    Later that evening, Gaspar notified GASTELUM the pick-up panga had departed.

| Gaspar | All set, Sir, the taxi [pick-up panga] already left. |
| GASTELUM | Very good. |

13.    On September 24, 2020, GASTELUM told Gaspar the VHF radio codenames assigned to both the DLV and the pick-up panga.

| GASTELUM | Sir, it's a very big one [large DLV] they're going to see. |
| Gaspar | Very well, is there a password? The boys in the taxi [pick-up vessel] are named GALVAN. |
| GASTELUM | Sir, we are DORADOS they are SIERRA [VHF radio call signs]. |
| Gaspar | Yes, Sir. |
| ***approximately 1 hour and 47 minutes later** | |
| Gaspar | Good evening, Sir. |
| GASTELUM | Good afternoon. |
| Gaspar | I spoke with the boys [pick-up panga], I gave them the password.  They were 10 little steps [nautical miles] from there [rendezvous with DLV] and they were going to get close. |
| ***approximately 36 minutes later** | |
| Gaspar | The boys are saying they are 3 little steps and that there is a big car [large vessel].  They are going to get close. |
| GASTELUM | Yes, very well, Sir. |
| Gaspar | They are going to talk to me in a little bit. |
| GASTELUM | That should be the one [DLV], Sir. |

14.    Later the same day, Gaspar confirmed to GASTELUM their pick-up panga had met with the South American DLV and picked up the cocaine load.

| Gaspar | Sir, we already picked up the fish [cocaine].  They are already coming home. |
| GASTELUM | All right, very good, Sir. |

15.    On September 26, 2020, Gaspar informed GASTELUM the cocaine had arrived at their storage warehouse.

| Gaspar | Sir, the girls [cocaine] are already resting in the hotel [warehouse]. |
| GASTELUM | Very good, Sir. |

16.    Later the same morning, Gaspar reported to GASTELUM that "Charco" would help Gaspar count the cocaine.

| Gaspar | CHARCO told me that he would come by for me at 9 a.m. to do the count [of the cocaine]. |
| GASTELUM | That's very good, Sir. |
| ***approximately 6 hours later*** | |
| GASTELUM | Ask the friend from there if Tono's place [clandestine air strip], may he rest in peace, would be available, so the boys can go pick up some people that arrived. |
| Gaspar | Yes, Sir, I will ask him in a little bit. |
| ***approximately one hour later*** | |
| Gaspar | They say that right now there is a lot of mud, that they are going to start to clean up.  Let's see if here in 10 days it's put together and to see if it calms down, because there are lots of operations [law enforcement/military]. |
| Gaspar | That's what the person [in charge] said. |

17.    Later the same day, Gaspar sent GASTELUM the cocaine count sheet, with the amounts for each brand of cocaine brick they had received.

| Gaspar | We already counted the platforms [cocaine bricks]. |
| Gaspar | I will pass you how many there were of each brand. |
| GASTELUM | Yes, please. |

| Gaspar |  |
| --- | --- |
| | ***approximately 45 minutes later*** |
| GASTELUM | Sir, so it can't be done [transporting cocaine to Sinaloa from Oaxaca] with Tono [via clandestine airstrip]? May he rest in peace. |
| GASTELUM | Well, do it another way [via land transportation]. |
| Gaspar | Yes, Sir. |

18.    On September 30, 2020, at approximately 10:01 A.M., Gaspar reported to GASTELUM they had loaded 840 kilograms of cocaine onto one semi-truck, and that another semi-truck would arrive the next day to load the additional 335 kilograms of cocaine.

| Gaspar | Good morning, Sir, how are you? |
| --- | --- |
| Gaspar | I already turned over 820 platforms [bricks of cocaine] to Chayo. |
| Gaspar | He told me that early tomorrow, I should deliver the rest of the platforms.  He said he's waiting for the other apparatus [semi-truck]. |
| GASTELUM | That's very good, Sir. |

19.    Later the same day, GASTELUM asked Gaspar for the list of cocaine brands on the first semi-truck.

| Gaspar | Sir, Chayo asked me for 20 more platforms, in total there were 840 platforms [kilograms of cocaine loaded onto the |
| --- | --- |

| | |
|---|---|
| | first truck].  I wrote down the types of platforms, in case you need me to send you what type each platform is. |
| GASTELUM | Pass me the list please. |
| Gaspar | 500 BRAND (TV100)<br>8….BRAND (JF)<br>6….BRAND (coffee colored)<br>150 BRAND (Person's Face)<br>151 BRAND (Picture of White Goat)<br>16….BRAND (All Black Colored)<br>Total 840<br>One of the JF brand one arrived without a label, but it is included in the 8. |

20.    On October 01, 2020, Gaspar updated GASTELUM on the progress of the cocaine smuggling operation.

| | |
|---|---|
| Gaspar | I am going to deliver the rest of the platforms [cocaine] to Chayo right now. |
| ***approximately 10 minutes later*** | |
| Gaspar | I already delivered the rest [of the cocaine].  I am here with Chayo.  335 BRAND (All Black Colored).  That's what I delivered. |
| GASTELUM | Yes, Sir, very well. |
| Gaspar | Chayo says he will get on the highway [to Mexico City] tonight. |

21.    On October 05, 2020, Gaspar messaged GASTELUM to ask how the pick-up panga crews should be paid for the successful cocaine smuggling venture.

| | |
|---|---|
| GASTELUM | Sir, how much should the boys [panga crews] be paid? |
| Gaspar | The drivers?  Just the drivers that help me? Or all the drivers?  Each taxi is 500 [thousand pesos], and from there the drivers divide it amongst themselves. |
| GASTELUM | And including all those that helped? How much would it be in total? |
| Gaspar | I must pay them separately.  The ones that help me, I must pay them separately.  Do you remember how much you used to pay us per taxi [per panga]?  I honestly don't remember. |
| GASTELUM | I don't remember.  But you tell me. |

| Gaspar | 90 thousand dollars, what do you think? Sir, about setting up the motors [for the pangas], the mechanic has been charging me…The last time, that Payo went, they tuned the 2 taxis, and this time, I told him to tune the 2 taxis as well, and he's been charging me 25 for each taxi, it would be 4 total tunings, it's a total of 100 thousand pesos owed to the mechanic. |
|---|---|
| GASTELUM | Sir, come to our land [Sinaloa], where we are, and I will pay everyone here. |
| Gaspar | Yes, Sir, I will be there tonight. |
| GASTELUM | Very well, we will pay the mechanic as well. |

22.     Later the same day, Gaspar notified GASTELUM he was in Culiacan, Sinaloa.

| Gaspar | Good evening, Sir.  Sir, I am already here in our land.  I will be standing by. |
|---|---|
| GASTELUM | That's good, Sir, I will let you know when they will get you. |

23.     On October 08, 2020, GASTELUM notified Gaspar that UGAN LOPEZ BELTRAN would pick him up.

| GASTELUM | Sir, they [UGAN LOPEZ BELTRAN] are going to bring you, so I can see you. |
|---|---|
| Gaspar | Yes, Sir, very well. |
| GASTELUM | How long will it take you to get to Sam's [Club] on the north exit. |
| Gaspar | 10 minutes, I'm by there. |
| GASTELUM | All set, they will see you there. What are you driving? |
| Gaspar | Kia Tinta. |
| GASTELUM | They will arrive in a White Jeep.  In 10 minutes. |
| Gaspar | Yes, Sir. |

24.     Later the same day, UGAN LOPEZ BELTRAN returned Gaspar to Culiacan, Mexico per their text messages.   UGAN LOPEZ BELTRAN, using Mexican cellular telephone 52-3315870307 asked Gaspar if he was where UGAN LOPEZ BELTRAN had dropped him off.

| Ugan LOPEZ | Ey, what's up, Sir, are you where I left you? |
|---|---|

25.    Gaspar did not respond to UGAN LOPEZ BELTRAN, but later in the day messaged GASTELUM a photo of a pay-out sheet.  The pay-out sheet covered the payments to the approximately 34 individuals who brought the cocaine load in.

| Gaspar | Good evening, Sir.  I am sending you the list you put me in charge of getting from Loco. |
| Gaspar |  |
| Gaspar | From what is owed to the law [corrupt officials], it is 1,050,000 + 1,670,000 for the job.  The total is 2,720,000 [MX pesos]. |
| Gaspar | He says he's going to send a car to where you told me [Mexico City], that he will be there early tomorrow in the city. |

26.    GASTELUM was apparently not reading the messages, so Gaspar messaged UGAN LOPEZ BELTRAN, who was using Mexican cellular telephone number 52-3315870307 to ask him to notify GASTELUM to check his phone.

| Gaspar | Sir, could you please tell your friend [GASTELUM] that I sent him a message to the telephone? |
| ***approximately 1 minute later*** | |
| Gaspar | He already read them [the messages], thank you. |

27.    GASTELUM and Gaspar then continued their conversation regarding payments for the cocaine load.

| GASTELUM | Sir, tell him to send [the car] tomorrow, so they arrive the day after, it's better, because they have to exchange [the money from dollars to pesos]. |
| Gaspar | I will tell him. |

28.    On October 10, 2020, Gaspar messaged UGAN LOPEZ BELTRAN, using 52-3315870307, and told him to relay a message to GASTELUM.

| Gaspar | Good afternoon, Sir, how are you? |
| Ugan LOPEZ | Good afternoon, good, thank god. |
| Gaspar | Sir, can you tell the man [GASTELUM] I sent a message to his (formal) cellular? |
| Ugan LOPEZ | Let me send him [GASTELUM] a message, because he takes a while to answer. |

29.    Later the same day, GASTELUM coordinated the delivery of bulk currency in Mexico City with Gaspar.

| Gaspar | Sir, Charco's boss is telling me that the car is already at the smoke [Mexico City].  He said if they could call this number, it's the boy in the car's number, Zuca 9581738874. |
| GASTELUM | Good afternoon, Sir.  I will check, so they go see him. |

30.    On November 19, 2020, GASTELUM notified Gaspar he was going to pay him MX$4,000,000.00 for his role in the above successful cocaine smuggling event.

| Gaspar | Good morning, Sir. I am here where we live [Sinaloa]. |
| GASTELUM | Very well, Sir, let me check, so they [UGAN LOPEZ BELTRAN] can turn over the money [for load of 1,175 kilograms of cocaine]. |
| Gaspar | Yes, Sir. |
| GASTELUM | They are going to take you 4 million, and keep charging your buddy what he owes, and I will give you more later on. |
| Gaspar | Yes, Sir, thank you very much. |

31.     Later the same day, UGAN LOPEZ BELTRAN, using 52-3315870307, messaged Gaspar to notify Gaspar he would personally deliver the MX$4,000,000.00.

| Ugan LOPEZ | Sir, are you at your house? |
|------------|------------------------------|
| Gaspar | [Unrecovered Audio Clip] |
| Ugan LOPEZ | I will see you there to deliver the check [4 million pesos]. |
| Gaspar | Yes, Sir, thank you. |

32.     On March 25, 2021, UGAN LOPEZ BELTRAN arrived at Los Angeles International Airport (LAX) from Guadalajara, Mexico on board Volaris Flight 918. LOPEZ BELTRAN was referred to secondary inspection.  In secondary inspection, LOPEZ BELTRAN told CBP Officers his telephone number was 52-3315870307, the same number he was using to message Gaspar during the above drug smuggling event.

33.     I believe based on my training and experience and history of this investigation that the above maritime smuggling event used stateless pangas and that at least five kilograms of cocaine was destined for the United States, specifically the Southern District of California

B.     November 2021 successful delivery of approximately 1,534 kilograms of cocaine to Mexico

34.     On October 26, 2021, Oscar Manuel GASTELUM Iribe, aka "El Musico," told "Gaspar" to meet with UGAN LOPEZ BELTRAN, aka "Kiwuas," aka "Prada," in Culiacan, Sinaloa, to discuss an upcoming cocaine smuggling event.

| GASTELUM | Good afternoon, Sir.  How are you? |
|----------|-------------------------------------|
| Gaspar | Good afternoon, Sir, well, thank god. |
| GASTELUM | I need you to meet with PRADA [Ugan LOPEZ], for another project [smuggling venture]. |
| Gaspar | Yes, Sir, where will I meet Prada? |
| GASTELUM | He says he knows where your house is, or you tell me where [to meet]. |
| Gaspar | Yes, Sir, I will meet him at home, I will arrive in about 20 minutes. |

35.     On October 28, 2021, at approximately 7:02 P.M., Gaspar messaged

UGAN LOPEZ BELTRAN, using 52-3315870307 to update him on the pick-up panga's progress to the rendezvous with a DLV.

| Gaspar | Good afternoon, Sir.  I talked to the Mrs. [pick-up panga].  She tells me she will arrive at 8:00 P.M. [to the rendezvous]. |
| LOPEZ | I will tell them [Colombian SOS] here to see if they can hurry up. |
| Gaspar | Very well, Sir. |
| Gaspar | They [pick-up panga] are doing well for the moment. |
| LOPEZ | They [DLV] are also doing well. |

36.    Gaspar then updated GASTELUM.

| GASPAR | The taxi [pick-up panga] will arrive to the meeting point [rendezvous with DLV], where it will wait for the other taxi [DLV], PRADA's [UGAN LOPEZ BELTRAN's] friends.  I believe PRADA's friends will arrive Saturday. |

37.    On October 29, 2021, at approximately 11:37 A.M. UGAN LOPEZ BELTRAN, using 52-3315870307, messaged Gaspar on the progress of the DLV.

| LOPEZ | They [Colombian Source of Supply] wanted to change the time of the dinner [rendezvous], but I told them no, that we already had a reservation. |
| Gaspar | The reservation should be at the same time, so we don't get confused. |
| LOPEZ | 530N with 99 guests [5.30 N, 99.00 W] |
| Gaspar | Is that going to be the reservation then? The Mrs. [pick-up vessel] is going to call me at 7 pm, and I can give her the reservation. |
| LOPEZ | I didn't even want to tell the restaurant manager [GASTELUM], so he doesn't get upset. |
| Gaspar | And isn't there a way for them to use the same reservation you gave me over there in my house [in Culiacan]? |
| LOPEZ | That's why I'm asking, it's a big difference, right? And in your favor hahaha |
| Gaspar | It is about 30 more guests to the reservations [30 nautical miles]. |
| LOPEZ | Sir, but in case of anything, would you be able to?  But I already told them no. |

| Gaspar | Yes, of course it is possible, just let me talk to the Mrs. [pick-up panga] at 7, and I will talk to you and confirm, but you need to be alert at 7 to confirm.  That is how we will do it. |
| LOPEZ | That time [location] favors them more, right? |
| Gaspar | It favors them more than us. |
| LOPEZ | I already told them no, let's see what they say in a little while. |

38.    At approximately 6:50 P.M. the same day, Gaspar messaged UGAN LOPEZ BELTRAN he had spoken with the captain of the pick-up panga via High Frequency radio.

| GASPAR | I spoke with the Mrs. [pick-up panga].  She told me that she called the guests [DLV] on the phone [HF radio], but they didn't answer.  I told her to be at the restaurant tomorrow at 6:00 A.M. to have breakfast. |
| LOPEZ | They didn't answer, Sir? |
| Gaspar | I heard when she [PELAEZ] called the guests, and they didn't answer.  The Mrs. will be there [at rendezvous] at 6 AM to have breakfast. |

39.    At approximately 7:16 P.M. the same day, Gaspar exchanged messages with GASTELUM.

| GASPAR | I spoke to the ones from the taxi.  Tomorrow they're going to see the people [DLV] between 6 and 7 in the morning. The taxi is already at the parking lot [rendezvous coordinates]. Waiting for the passengers. |
| GASTELUM | Very good. They already sent me the inventory [amounts of cocaine]. |
| GASTELUM | There will be 38 sacks of 40 [1,520 cocaine bricks] and 1 of 14 pieces. In the one of 14, there is a GPS that they need to take out and throw away. |

40.    Later the same day UGAN LOPEZ BELTRAN, using 52-3315870307, messaged Gaspar and told him the DLV would not arrive to the coordinates until Sunday, October 31, 2021.

| LOPEZ | Sir, I was confused, it's not until Sunday. |
| Gaspar | Very well, Sir, I will tell the Mrs. [pick-up vessel]. |

41.   October 31, 2021, at approximately 7:50 A.M., UGAN LOPEZ BELTRAN messaged Gaspar and told him that the Colombian DLV was already at the rendezvous.

| LOPEZ | Sir, according to them [Colombians], they are already at the restaurant [rendezvous]. |
| Gaspar | The Mrs. [pick-up vessel] is there. |

42.   At approximately 12:15 P.M. the same day, Gaspar messaged GASTELUM that their pick-up vessel had met up with the Colombian DLV.

| Gaspar | The taxi drivers [pick-up crew] commented that they see the passengers [DLV crew], and they are going to meet up. |
| ***approximately 48 minutes later*** | |
| Gaspar | All set, Sir, we are already bringing the passengers, they already threw out the locator [GPS from the sack of 14 kilos]. |

43.   On November 01, 2021, at approximately 1:03 P.M., Gaspar messaged GASTELUM on the pick-up panga's progress.

| Gaspar | In the middle of the night, I'm going to have breakfast with the ones from the taxi [meet pick-up panga at shore].  They invited me for breakfast.  At 7 P.M., they are going to talk to me to confirm the breakfast time. |
| GASTELUM | Very well, that's very good. |

44.   At approximately 11:51 P.M. the same day, Gaspar messaged UGAN LOPEZ BELTRAN, using 52-3315870307.

| Gaspar | Sir, the passengers [cocaine bricks] already arrived to the house [shore], thank god.  We are going to put them up in a hotel [warehouse]. |
| LOPEZ | So, the Mrs. has arrived [to shore] but is not resting in the hotel yet? |

45.   On November 02, 2021, at approximately 12:14 A.M., Gaspar updated UGAN LOPEZ BELTRAN.

| Gaspar | The Mrs. is already in her room [in the bodega in Oaxaca], Sir, so you're not wondering. |
|--------|------|
| LOPEZ | Sir, check to make sure there is not another cell [GPS] like the one they threw out. |
| LOPEZ | Just as a precaution. |
| Gaspar | Yes, Sir. |
| ***approximately 1 hour 28 minutes later*** ||
| Gaspar | All set, Sir, we already counted [the cocaine].  There is a total of 1534 [bricks]. |

46.    At approximately 12:16 A.M., Gaspar notified GASTELUM they had counted the cocaine.

| Gaspar | Sir, the passengers are already resting in the hotel [stored in the bodega]. |
|--------|------|
| GASTELUM | Thank god, Sir.  Check that there are 1,534 [cocaine bricks].  According to them [SOS], there are 38 bundles of 40 [bricks], and one [bundle] of 14. |

47.    At approximately 7:34 A.M., Gaspar updated GASTELUM on the count.

| Gaspar | We are counting here again, because we had counted 1533, we are opening the bags.  I am going to send them to check a taxi. |
|--------|------|
| Gaspar | All set, Sir, it already appeared, there are 1,534. |

48.    At approximately 10:29 A.M., Gaspar asked aka CHARCO find out what the price of cocaine per kilo was in Oaxaca.

| Gaspar | Good morning, Son.  Can you ask my buddy [Charco's boss], how much it is per piece [kilo of cocaine], it's that the person [UGAN LOPEZ BELTRAN] is asking. |
|--------|------|
| ***approximately 2 hours later*** ||
| CHARCO | [Audio Clip from FNU LNU] Here it's at about 12….12,700, buddy. |
| CHARCO | [Audio Clip from FNU LNU] |

| | And in the smoke [Mexico City], it went down to 13 [$13,000.00 per kilo]. |
|---|---|

49.    At approximately 12:39 P.M., Gaspar forwarded the Voice Clips regarding the price of cocaine in Oaxaca to UGAN LOPEZ BELTRAN, using 52-3315870307.

| Gaspar | [Audio Clip from CHARCO regarding price of cocaine in Oaxaca for LOPEZ to sell the cocaine there]<br>Here it's about 12...12,700 buddy. |
|---|---|
| Gaspar | I sent you the price, 12700 [$12,700.00] each piece [$19,481,800.00 if they were to sell it in Oaxaca]. |

50.    At approximately 3:12 P.M., CHARCO messaged Gaspar and asked him to find out if the cocaine would be transported to Mexico City via truck or to Sinaloa via airplane.

| CHARCO | Sir, your buddy [CHARCO's boss] asks if you know, or if you can ask [GASTELUM] how they are going to take the seafood [cocaine].  Will it be by [semi-truck emoji] or by [airplane emoji]? |
|---|---|
| Gaspar | Ok, let me ask, and I will let you know. |

51.    At approximately 3:14 P.M., Gaspar sent GASTELUM a screenshot of the above conversation, but GASTELUM did not answer until nearly midnight.

| Gaspar | [Screenshot of conversation with CHARCO] |
|---|---|
| GASTELUM | Good evening, it would be through down below [via truck to Mexico City]. |

52.    On November 03, 2021, at approximately 7:16 A.M., Gaspar told CHARCO the cocaine would be transported via land.

| Gaspar | Good morning, Son.  The man [GASTELUM] told me by land. |
|---|---|
| CHARCO | Good morning, Don Gaspar.  Ok.  We will look for the place [to load the cocaine onto trucks]. |

53.    On  November  04,  2021,  at  approximately  8:20  A.M.,  LOCO,

CHARCO's boss, messaged Gaspar to ask who was coming to pick up the cocaine.

| LOCO | [Audio Clip of LOCO] What's up, buddy? Good morning, how are you? |
|------|------|
| Gaspar | [Unrecovered Audio Clip] |
| LOCO | [Audio Clip of Loco] Okay… Yes, I was also waiting for you to tell me how is going to be, because if it is going to be a big one [semi-truck], I believe that… it can be done [unload] close by... If it is going to be a smaller one, it can be right where it is at.  We will move it based on the quantities. Those are three things we need to know to figure where it [transportation] will arrive. |
| GASPAR | Very well, buddy, I will confirm it for you when the man [GASTELUM] answers me. |

54.    At approximately 11:00 A.M., Gaspar messaged GASTELUM and relayed LOCO's question.

| GASPAR | Loco asked me if the cattle [cocaine] would be taken at once or in parts, that if you will take it at once he has a place near where my brother lives and that if it's a small apparatus [truck] that everything can be done right there where the cattle is [where drugs are being stored]. |
|------|------|
| GASPAR | He [Loco] wanted to know if it was a small appliance [truck] or a big one to get the parking lot [warehouse] ready. |
| ***approximately 10 minutes later*** | |
| GASTELUM | [screenshot of GASTELUM's Threema message with another co-conspirator]<br><br>Tell them that they [trucks] are the ones that went the last times. They will come in two parts [two trucks] but both will arrive on the same day. |
| Gaspar | Yes, Sir, very well. |

55.    At approximately 12:47 P.M., GASTELUM notified Gaspar semi-trucks were on their way to Oaxaca to pick up UGAN LOPEZ BELTRAN's cocaine.

| Gaspar | They [Loco/Charco et al.] are asking when the ride would come, to be ready. |
|------|------|

| GASTELUM | The cars are going now, they will arrive tomorrow, god willing. |
|---|---|
| Gaspar | Very well, Sir.  I will tell them here. |
| ***approximately 39 minutes later*** | |
| Gaspar | Sir, Charco is asking me if we can use the bodega [warehouse] to put the ride [semi-truck] in?  The bodega's rent is paid for one year. |
| GASTELUM | Use it if you need it, Sir. |

56.    At approximately 1:20 P.M., Gaspar messaged GASTELUM he had brought the head of the tractor-trailer convoy to the warehouse.

| Gaspar | I brought the one from the ride [transporter] here to the warehouse, we are here.  We are waiting for the apparatuses [semi-trucks] to arrive, they shouldn't take long. |
|---|---|
| ***approximately 14 minutes later*** | |
| Gaspar | The ones from the ride are already working, in about 30 more minutes, we are going to take him [transporter] the cattle [cocaine] to put into the stable [compartments in semi-trucks]. |

57.    At approximately 2:41 P.M., UGAN LOPEZ BELTRAN, arrived at the Las Vegas International Airport on Volaris flight 960 from Guadalajara, Mexico. During a secondary inspection of UGAN LOPEZ BELTRAN, Customs and Border Protection Officers located a Samsung telephone correlated to number 52-3313571939, one of the two telephones UGAN LOPEZ BELTRAN was using to communicate with Gaspar.

58.    At approximately 6:11 P.M., Gaspar notified GASTELUM the cocaine had been turned over to the land transportation coordinator at the warehouse.

| Gaspar | I turned over the calves [cocaine] to the ones with the ride [transporter].  They are going to put the calves away in the stable. |
|---|---|
| GASTELUM | All set. |

59.    At approximately 8:02 P.M., GASTELUM asked Gaspar how the cocaine would be transported.

| GASTELUM | Sir, they are asking me, the other people [NFI], if they [cocaine] are going in one, or in two parts, and how much are going to go in each? |
| Gaspar | They are going in 2 parts [2 semi-trucks]. |
| Gaspar | One ride is taking 818 [kilos of cocaine], and the other ride is taking 716 [kilos], total 1534. |
| GASTELUM | The person [transporter] is telling me they are going [to Mexico City] tomorrow at 2 pm.  They are going to do their final checks tomorrow morning. |

60.    On November 06, 2021, at approximately 3:43 P.M., Gaspar notified GASTELUM the cocaine-laden semi-trucks had left for Mexico City.

| Gaspar | All set, Sir, the ride already left. |
| GASTELUM | Thank you very much. |

61.    On November 20, 2021, GASTELUM messaged Gaspar to meet with UGAN LOPEZ BELTRAN.

| GASTELUM | Sir, what time can you go to the Home Depot parking lot at Tres Rios? |
| Gaspar | Sir, a favor, could they come here to my house please, it's that I am here without a car.  Prada [UGAN LOPEZ BELTRAN] knows where I live. |
| GASTELUM | Yes, let me check that. |

62.    Later the same day, Gaspar exchanged messages with UGAN LOPEZ BELTRAN.

| LOPEZ | Good morning, Sir, they are telling me if you could answer your phone. |
| Gaspar | Good morning, Sir.  Yes, I read the message, I had gone out to the street and left the cellular at home. |

63.    I believe based on my training and experience and history of this investigation that the above maritime smuggling event used stateless pangas and that at least five kilograms of cocaine was destined for the United States, specifically the Southern District of California.

1  <u>Request for Sealing</u>

2  It is further respectfully requested that this Court issue an Order sealing, until

3  further order of this Court, all papers submitted in support of this complaint,

4  including the probable cause statement and arrest warrant.  Sealing is necessary

5  because premature disclosure of the contents of this probable cause statement and

6  related documents may cause the defendant to flee and may cause destruction of

7  evidence and may have a negative impact on this continuing investigation.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28