Nate Crowley Law Office, PC
State Bar No. 330755
PO Box 22661
San Diego, California 92192
Telephone: (619) 363-1547

Attorneys for Defendant
Jesus Zamora Roman

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**THE HONORABLE JAMES E. SIMMONS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JESUS ZAMORA ROMAN<br>Defendants | Case No.: 3:23-cr-00621-11-JES<br>**Notice of agreement with Government Sentencing Summary Chart** |

The Government filed a sentencing summary chart in this case, which undersigned defense counsel has reviewed. Doc. 173.

Defense counsel agrees with the Government's guideline calculations in Doc. 173.

Respectfully Submitted,

Date: December 12, 2024

Nate Crowley
Attorney for Jesus Zamora Roman