# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  23-CR-00621-JES |
| Plaintiff, | SUPERSEDING INFORMATION |
| v. | Title 18, U.S.C., Sec. 1001 – False Statement to a Federal Officer (Felony) |
| JESUS ALONSO ZAMORA ROMAN, | |
| Defendant. | |

THE UNITED STATES CHARGES:

COUNT 1

[Title 18, U.S.C., Section 1001]

On or about April 24, 2024, within the Southern District of California, defendant, JESUS ALONSO ZAMORA ROMAN, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make a false, fictitious and fraudulent statement and representation as to a material fact in that, defendant did represent and state to a Department

of Homeland Security, Customs and Border Protection Officer, that defendant was traveling Los Angeles, California, when in truth and fact, as defendant then and there well knew, that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED:  December 11, 2024          TARA K. McGRATH
                                   United States Attorney

                                   JOSHUA C. MELLOR
                                   Assistant United States Attorney

2