TARA K. McGRATH
United States Attorney
JOSHUA C. MELLOR
Assistant United States Attorney
California Bar No. 255870
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-9733
Joshua.Mellor@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-00621-JES |
| Plaintiff, | |
| v. | **PLEA AGREEMENT** |
| JESUS ALONSO ZAMORA ROMAN, | |
| Defendant. | |

IT IS HEREBY AGREED between plaintiff, UNITED STATES OF AMERICA, through its counsel, Tara K. McGrath, United States Attorney, and Joshua C. Mellor, Assistant United States Attorney, and Defendant, JESUS ALONSO ZAMORA ROMAN, with the advice and consent of Nathanael Crowley, counsel for Defendant, as follows:

//
//
//
//
//
//
//
//

Def. Initials JAZR

I

## THE PLEA

### A.    The Charge

JESUS ALONSO ZAMORA ROMAN agrees to plead guilty to a Superseding Information charging JESUS ALONSO ZAMORA ROMAN as follows:

On or about April 24, 2024, within the Southern District of California, defendant, JESUS ALONSO ZAMORA ROMAN, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make a false, fictitious and fraudulent statement and representation as to a material fact in that, defendant did represent and state to a Department of Homeland Security, Customs and Border Protection Officer, that defendant was traveling Los Angeles, California, when in truth and fact, as defendant then and there well knew, that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

### B.    Dismissal of Information

The Government agrees to (1) move to dismiss the Indictment without prejudice when JESUS ALONSO ZAMORA ROMAN is sentenced, and (2) not prosecute JESUS ALONSO ZAMORA ROMAN thereafter on such dismissed charges unless he breaches the Plea Agreement or the guilty plea entered pursuant to this Plea Agreement is set aside for any reason. If JESUS ALONSO ZAMORA ROMAN breaches this agreement or the guilty plea is set aside, Section XII below shall apply.

II

## NATURE OF THE OFFENSE

### A. Elements Explained

The offense to which JESUS ALONSO ZAMORA ROMAN is pleading guilty has the following elements:

2

Def. Initials ∂AZR
23-CR-00621-JES

1. Defendant made a false statement;
2. The statement was made in a matter within the jurisdiction of the United States Department of Homeland Security;
3. Defendant acted willfully; that is, Defendant acted deliberately and with knowledge both that the statement was untrue and that his conduct was unlawful; and
4. The statement was material to the activities or decisions of the United States Department of Homeland Security; that is, it had a natural tendency to influence, or was capable of influencing, the Executive Branch's decisions or activities.

**B. Elements Understood and Admitted - Factual Basis**

JESUS ALONSO ZAMORA ROMAN has fully discussed the facts of this case with defense counsel. JESUS ALONSO ZAMORA ROMAN has committed each element of the crime and admits that there is a factual basis for this guilty plea. The following facts are true and undisputed:

1. On April 28, 2024, JESUS ALONSO ZAMORA ROMAN entered the United States from Mexico through the Lukeville, Arizona Port of Entry. When JESUS ALONSO ZAMORA ROMAN entered the United States, he stated he was traveling to visit relatives for one or two weeks, when in truth and fact, as defendant then and there well knew, that statement and representation was false and he was planning to be in the United States for more than one month and planned to shop for items to bring back to Mexico in addition to visiting relatives.
2. JESUS ALONSO ZAMORA ROMAN made the false statement intending to persuade the CBP Officers not to inquire further about where he was going and who he was visiting with while in the United States.
3. JESUS ALONSO ZAMORA ROMAN gave his false statement knowing it is unlawful to give false statements to CBP Officers that interfere with

3

Def. Initials JAZR
23-CR-00621-JES

their performance of their duties. JESUS ALONSO ZAMORA ROMAN knew that CBP Officers with the Department of Homeland Security are tasked with inspecting people entering the United States. He further knew that his false statement could have hindered the CBP Officers in the effort to investigate who is entering the United States and who they are visiting with while in the United States.

## III

## PENALTIES

The crime to which JESUS ALONSO ZAMORA ROMAN is pleading guilty carries the following maximum penalties:

A.  A maximum of 5 years in prison;

B.  A maximum $250,000 fine;

C.  A mandatory special assessment of $100.00 per count; and

D.  A term of supervised release of up to 3 years. JESUS ALONSO ZAMORA ROMAN understands that failure to comply with any of the conditions of supervised release may result in revocation of supervised release, requiring JESUS ALONSO ZAMORA ROMAN to serve in prison, upon any such revocation, all or part of the statutory maximum term of supervised release for the offense that resulted in such term of supervised release.

## IV

## DEFENDANT'S WAIVER OF TRIAL RIGHTS
## AND UNDERSTANDING OF CONSEQUENCES

This guilty plea waives JESUS ALONSO ZAMORA ROMAN's right at trial to:

A.  Continue to plead not guilty and require the Government to prove the elements of the crime beyond a reasonable doubt;

B.  A speedy and public trial by jury;

C.  The assistance of counsel at all stages of trial;

D.  Confront and cross-examine adverse witnesses;

4

Def. Initials *JAZR*
23-CR-00621-JES

E.    Testify and present evidence and to have witnesses testify on behalf of JESUS ALONSO ZAMORA ROMAN; and

E.    Not testify or have any adverse inferences drawn from the failure to testify.

## V

## DEFENDANT ACKNOWLEDGES NO PRETRIAL RIGHT TO BE PROVIDED WITH IMPEACHMENT AND AFFIRMATIVE DEFENSE INFORMATION

Any information establishing the factual innocence of JESUS ALONSO ZAMORA ROMAN known to the undersigned prosecutor in this case has been turned over to JESUS ALONSO ZAMORA ROMAN. The Government will continue to provide such information establishing the factual innocence of JESUS ALONSO ZAMORA ROMAN.

If this case proceeded to trial, the Government would be required to provide impeachment information for its witnesses. In addition, if JESUS ALONSO ZAMORA ROMAN raised an affirmative defense, the Government would be required to provide information in its possession that supports such a defense. By pleading guilty, JESUS ALONSO ZAMORA ROMAN will not be provided this information, if any, and JESUS ALONSO ZAMORA ROMAN waives any right to this information. JESUS ALONSO ZAMORA ROMAN will not attempt to withdraw the guilty plea or file a collateral attack on the existence of this information.

## VI

## DEFENDANT'S REPRESENTATION THAT GUILTY PLEA IS KNOWING AND VOLUNTARY

JESUS ALONSO ZAMORA ROMAN represents that:

A.    JESUS ALONSO ZAMORA ROMAN has had a full opportunity to discuss all the facts and circumstances of this case with defense counsel and has a clear understanding of the charges and the consequences of this plea. By pleading guilty, JESUS ALONSO ZAMORA ROMAN may be giving up, and rendered ineligible to receive, valuable government benefits and civic rights, such as the right to vote, the right to possess a firearm, the right to hold office, and the

5

Def. Initials JAZR
23-CR-00621-JES

right to serve on a jury. The conviction in this case may subject JESUS ALONSO ZAMORA ROMAN to various collateral consequences, including but not limited to revocation of probation, parole, or supervised release in another case; debarment from government contracting; and suspension or revocation of a professional license, none of which can serve as grounds to withdraw JESUS ALONSO ZAMORA ROMAN's guilty plea;

B.   No one has made any promises or offered any rewards in return for this guilty plea, other than those contained in this agreement or otherwise disclosed to the court;

C.   No one has threatened JESUS ALONSO ZAMORA ROMAN or his family to induce this guilty plea; and,

D.   JESUS ALONSO ZAMORA ROMAN is pleading guilty because he is guilty and for no other reason.

## VII

## AGREEMENT LIMITED TO U.S. ATTORNEY'S OFFICE, SOUTHERN DISTRICT OF CALIFORNIA

This Plea Agreement is limited to the United States Attorney's Office for the Southern District of California, and cannot bind any other authorities in any type of matter, although the Government will bring this Plea Agreement to the attention of other authorities if requested by JESUS ALONSO ZAMORA ROMAN.

## VIII

## APPLICABILITY OF SENTENCING GUIDELINES

The sentence imposed will be based on the factors set forth in 18 U.S.C. § 3553(a). In imposing the sentence, the sentencing judge must consult the United States Sentencing Guidelines (Guidelines) and take them into account. JESUS ALONSO ZAMORA ROMAN has discussed the Guidelines with defense counsel and understands that the Guidelines are only advisory, not mandatory. The Court may impose a sentence more severe or less severe than otherwise applicable under the Guidelines, up to the maximum in the statute of

6

Def. Initials _JAZR_
23-CR-00621-JES

conviction. **The parties jointly recommend that the presentence investigation report be waived.** Nothing in this Plea Agreement limits the Government's duty to provide complete and accurate facts to the district court and the U.S. Probation Office.

## IX

## SENTENCE IS WITHIN SOLE DISCRETION OF JUDGE

This Plea Agreement is made pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B). The sentence is within the sole discretion of the sentencing judge who may impose the maximum sentence provided by statute. It is uncertain at this time what JESUS ALONSO ZAMORA ROMAN's sentence will be. The Government has not made and will not make any representation as to what sentence JESUS ALONSO ZAMORA ROMAN will receive. Any estimate of the probable sentence by defense counsel is not a promise and is **not binding on the Court.** Any recommendation made by the Government at sentencing is also not binding on the Court. If the sentencing judge does not follow any of the parties' sentencing recommendations, JESUS ALONSO ZAMORA ROMAN will not withdraw the plea.

## X

## PARTIES' SENTENCING RECOMMENDATIONS

### A. Sentencing Guideline Calculations

Although the Guidelines are only advisory and just one of the factors the court will consider under 18 U.S.C. § 3553(a) in imposing a sentence, the parties will jointly recommend the following Base Offense Level, Specific Offense Characteristics, Adjustments and Departures:

| 1. | §§ 2B1.1(a)(2) & (c)(3) | Base Offense Level | 6 |
|----|------------------------|--------------------|---|
| 2. | § 3E1.1 | Accept. of Responsibility | -2 |

//
//
//

7

Def. Initials *JAZR*
23-CR-00621-JES

**B. Acceptance of Responsibility**

Despite Paragraph A above, the Government need not recommend an adjustment for Acceptance of Responsibility if JESUS ALONSO ZAMORA ROMAN engages in conduct inconsistent with acceptance of responsibility including, but not limited to, the following:

    A.    Fails to truthfully admit a complete factual basis as stated in the plea at the time the plea is entered, or falsely denies, or makes a statement inconsistent with, the factual basis set forth in this agreement;

    B.    Falsely denies prior criminal conduct or convictions;

    C.    Is untruthful with the Government, the Court or probation officer; or

    D.    Breaches this Plea Agreement in any way.

**C. Further Adjustments and Sentence Reductions Including Those Under 18 U.S.C. § 3553**

JESUS ALONSO ZAMORA ROMAN may not request or recommend additional downward adjustments or departures under the United States Sentencing Guidelines, but may request variances under 18 U.S.C. § 3553. The Government will oppose any downward adjustments, departures, or variances not set forth in Section X, Paragraph A above.

**D. No Agreement as to Criminal History Category**

The parties have **no** agreement as to JESUS ALONSO ZAMORA ROMAN's Criminal History Category.

**E. "Factual Basis" and "Relevant Conduct" Information**

The facts in the "factual basis" paragraph of this Plea Agreement are true and may be considered as "relevant conduct" under USSG § 1B1.3 and as the nature and circumstances of the offense under 18 U.S.C. § 3553(a)(1).

**F. Parties' Recommendations Regarding Custody**

The Parties jointly recommend that Defendant be sentenced to time-served.

**G. Special Assessment**

The parties will jointly recommend that the $100 special assessment be waived.

**H. Supervised Release**

8

Def. Initials JAZR
23-CR-00621-JES

The Government is free to recommend a period of supervised release. If the Court imposes a term of supervised release, JESUS ALONSO ZAMORA ROMAN will not seek to reduce or terminate early the term of supervised release until he has served at least two-thirds of the term of supervised release and has fully paid and satisfied any special assessments, fine, criminal forfeiture judgment and restitution judgment.

**I. Forfeiture**

JESUS ALONSO ZAMORA ROMAN agrees and consents to the forfeiture to the United States of all property seized in connection with this case pursuant to Title 8, United States Code, Section 1324, Title 18, United States Code, Section 982(a)(6), and Title 28, United States Code, Section 2461(c). JESUS ALONSO ZAMORA ROMAN consents and agrees to any and all administrative and civil forfeiture as well as consents to the immediate entry of order(s) of forfeiture as the Government deems necessary. JESUS ALONSO ZAMORA ROMAN agrees that upon execution of this Plea Agreement the JESUS ALONSO ZAMORA ROMAN's interest(s) in any and all seized properties is terminated. JESUS ALONSO ZAMORA ROMAN waives all rights to receive notices of any and all forfeitures. JESUS ALONSO ZAMORA ROMAN agrees that by signing this Plea Agreement he is immediately withdrawing any claims in pending administrative or civil forfeiture proceedings to properties seized in connection with this case. JESUS ALONSO ZAMORA ROMAN agrees to execute all documents requested by the Government to facilitate or complete the forfeiture process(es). JESUS ALONSO ZAMORA ROMAN further agrees not to contest, or to assist any other person or entity in contesting, the forfeiture of property seized in connection with this case. Contesting or assisting others in contesting the forfeiture shall constitute a material breach of the Plea Agreement, relieving the Government of all its obligations under the agreement including but not limited to its agreement to recommend an adjustment for Acceptance of Responsibility. JESUS ALONSO ZAMORA ROMAN further waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture

9

Def. Initials _JAZR_

23-CR-00621-JES

in the judgment. JESUS ALONSO ZAMORA ROMAN understands that the forfeiture of assets is part of the sentence that may be imposed in this case and waives any failure by the Court to advise him of this, pursuant to Rule 11(b)(1)(J), at the time the Court accepts the guilty plea(s). JESUS ALONSO ZAMORA ROMAN further agrees to waive all constitutional and statutory challenges (including direct appeal, habeas corpus, or any other means) to any forfeiture carried out in accordance with this agreement, including any claim that the forfeiture constitutes an excessive fine or punishment under the United States Constitution. JESUS ALONSO ZAMORA ROMAN agrees to take all steps as requested by the United States to pass clear title to forfeitable assets to the United States and to testify truthfully in any judicial forfeiture proceeding. JESUS ALONSO ZAMORA ROMAN agrees that the forfeiture provisions of this Plea Agreement are intended to, and will, survive JESUS ALONSO ZAMORA ROMAN, notwithstanding the abatement of any underlying criminal conviction after the execution of this agreement. The forfeitability of any particular property pursuant to this agreement shall be determined as if JESUS ALONSO ZAMORA ROMAN had survived, and that determination shall be binding upon his heirs, successors and assigns.

## XI

## DEFENDANT WAIVES APPEAL AND COLLATERAL ATTACK

JESUS ALONSO ZAMORA ROMAN waives (gives up) all rights to appeal and to collaterally attack every aspect of the conviction and sentence, including any restitution order. This waiver includes, but is not limited to, any argument that the statute of conviction or Defendant's prosecution is unconstitutional and any argument that the facts of this case do not constitute the crime charged. The only exception is that JESUS ALONSO ZAMORA ROMAN may collaterally attack the conviction or sentence on the basis that he received ineffective assistance of counsel.

## XII

## BREACH OF THE PLEA AGREEMENT

10

Def. Initials _JAZR_

23-CR-00621-JES

JESUS ALONSO ZAMORA ROMAN and his attorney know the terms of this agreement and shall raise, before the sentencing hearing is complete, any claim that the Government has not complied with this agreement. Otherwise, such claims shall be deemed waived (that is, deliberately not raised despite awareness that the claim could be raised), cannot later be made to any court, and if later made to a court, shall constitute a breach of this agreement.

JESUS ALONSO ZAMORA ROMAN breaches this agreement if he violates or fails to perform any obligation under this agreement. The following are non-exhaustive examples of acts constituting a breach:

A. Failing to plead guilty pursuant to this agreement;

B. Failing to fully accept responsibility as established in Section X, paragraph B, above;

C. Failing to appear in court;

D. Attempting to withdraw the plea;

E. Failing to abide by any court order related to this case;

F. Appealing (which occurs if a notice of appeal is filed) or collaterally attacking the conviction or sentence in violation of Section XI of this Plea Agreement; or

G. Engaging in additional criminal conduct from the time of arrest until the time of sentencing.

If JESUS ALONSO ZAMORA ROMAN breaches this Plea Agreement, he will not be able to enforce any provisions, and the Government will be relieved of all its obligations under this Plea Agreement. For example, the Government may proceed to sentencing but recommend a different sentence than what it agreed to recommend above. Or the Government may pursue any charges including those that were dismissed, promised to be dismissed, or not filed as a result of this agreement (JESUS ALONSO ZAMORA ROMAN agrees that any statute of limitations relating to such charges is tolled indefinitely as of the date all parties have signed this agreement; JESUS ALONSO ZAMORA ROMAN also

11

Def. Initials _JAZR_
23-CR-00621-JES

waives any double jeopardy defense to such charges). In addition, the Government may move to set aside JESUS ALONSO ZAMORA ROMAN's guilty plea. JESUS ALONSO ZAMORA ROMAN may not withdraw the guilty plea based on the Government's pursuit of remedies for his breach.

Additionally, if JESUS ALONSO ZAMORA ROMAN breaches this Plea Agreement: (i) any statements made by JESUS ALONSO ZAMORA ROMAN, under oath, at the guilty plea hearing (before either a Magistrate Judge or a District Judge); (ii) the factual basis statement in Section II.B in this agreement; and (iii) any evidence derived from such statements, are admissible against him in any prosecution of, or any action against, him. This includes the prosecution of the charge(s) that is the subject of this Plea Agreement or any charge(s) that the prosecution agreed to dismiss or not file as part of this agreement, but later pursues because of a breach by JESUS ALONSO ZAMORA ROMAN. Additionally, JESUS ALONSO ZAMORA ROMAN knowingly, voluntarily, and intelligently waives any argument that the statements and any evidence derived from the statements should be suppressed, cannot be used by the Government, or are inadmissible under the United States Constitution, any statute, Rule 410 of the Federal Rules of Evidence, Rule 11(f) of the Federal Rules of Criminal Procedure, and any other federal rule.

## XIII

## CONTENTS AND MODIFICATION OF AGREEMENT

This Plea Agreement embodies the entire agreement between the parties and supersedes any other agreement, written or oral. No modification of this Plea Agreement shall be effective unless in writing signed by all parties.

## XIV

## DEFENDANT AND COUNSEL FULLY UNDERSTAND AGREEMENT

By signing this agreement, JESUS ALONSO ZAMORA ROMAN certifies that he has read it (or that it has been read to him in his native language). JESUS ALONSO

12

Def. Initials JAZR
23-CR-00621-JES

ZAMORA ROMAN has discussed the terms of this agreement with defense counsel and fully understands its meaning and effect.

## XV

## DEFENDANT SATISFIED WITH COUNSEL

JESUS ALONSO ZAMORA ROMAN has consulted with counsel and is satisfied with counsel's representation. This is JESUS ALONSO ZAMORA ROMAN's independent opinion, and JESUS ALONSO ZAMORA ROMAN's counsel did not advise JESUS ALONSO ZAMORA ROMAN about what to say in this regard.

Respectfully Submitted,

TARA K. McGRATH
Acting United States Attorney

12/1/2024
DATED

JOSHUA C. MELLOR
Assistant United States Attorney

11-25-24
DATED

NATHANAEL CROWLEY
Defense Counsel

**IN ADDITION TO THE FOREGOING PROVISIONS TO WHICH I AGREE, I SWEAR UNDER PENALTY OF PERJURY THAT THE FACTS IN THE "FACTUAL BASIS" PARAGRAPH ABOVE ARE TRUE.**

11-25-2024
DATED

JESUS ALONSO
JESUS ALONSO ZAMORA ROMAN,
Defendant

Approved by:

/s/ Matthew Sutton
Matthew Sutton
Assistant United States Attorney

13

Def. Initials JAZR
23-CR-00621-JES