**KRIS J. KRAUS**
California State Bar No. 233699
**LAW OFFICE OF KRIS J. KRAUS**
934 23rd Street
San Diego, CA 92102
Telephone: (619) 709-3338
krisjkrausesq@gmail.com

Attorney for Mr. Mendez Sanchez

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JAMES E. SIMMONS, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23CR0621-JES |
| Plaintiff, | DATE: APRIL 18, 2025 |
| v. | TIME: 9:00 A.M. |
| LORENZO MENDEZ SANCHEZ, | **DEFENDANT'S SENTENCING SUMMARY CHART** |
| Defendant. | |

TO:   ADAM GORDON, INTERIM UNITED STATES ATTORNEY;
       JOSHUA CADE MELLOR, ASSISTANT UNITED STATES ATTORNEY

The defendant, Lorenzo Mendez Sanchez, by and through his attorney, Kris J. Kraus, hereby files the following Defendant's Sentencing Summary Chart.

Respectfully submitted,

/s/ *Kris J. Kraus*

Dated: April 11, 2025   **KRIS J. KRAUS**

Attorney for Mr. Mendez Sanchez

**SENTENCING SUMMARY CHART**       AUSA____
**APRIL 18, 2025 at 9:00 A.M.**       DEFENDANT _X__

| | |
|---|---|
| DEFENDANT'S NAME: **LORENZO MENDEZ SANCHEZ** DOCKET No: **23CR0621-JES** | |
| Guideline Manual Used: November 1, 2024       Agree w/USPO Calc: No | |
| Base Offense Level: U.S.S.G.  2D1.1 | 38 |
| Specific Offense Characteristics: Safety Valve 2D1.1(b)(17) | -2 |
| Victim Related Adjustment | |
| Adjustment for Role in Offense U.S.S.G.  3B1.2(b) | |
| Adjustment for Obstruction of Justice | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjusted Offense Level ____Combined (Multiple Counts) ___ Career Offender | 36 |
| Adjustment for Acceptance of Responsibility USSG 3E1.1 | -3 |
| Adjustment Zero-Point Offender USSG 4C1.1 | -2 |
| Total Offense Level | 31 |
| Criminal History Score | |
| Criminal History Category __ Career Offender ____Armed Career Criminal | I |
| Guideline Range (Range Limited by____ Minimum Mandatory ____Statutory Maximum  S/R Range: At Least Five Years Fine Range: $35,000-$20,000,000 | From 108 Mths to 135 Mths |
| Departures: Early Disposition/Combination Of Circumstances U.S.S.G. 5K2.0 | -2 |
| Resulting Offense Level | 29 |
| Resulting Guideline Range | From 87 Mths to 108 Mths |
| **RECOMMENDATION:   VARIANCE TO FORTY-EIGHT (48) MONTHS** | |
| **Submitted by: Kris J. Kraus, California State Bar No. 233699 Law Office Of Kris J. Kraus 110 West C Street Suite 2108 San Diego, CA 92101 619-709-3338** | |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Joshua Cade Mellor

Assistant United States Attorney

Dated: April 11, 2025                    */s/ Kris J. Kraus*

**KRIS J. KRAUS**

934 23rd Street

San Diego, CA 92102

(619) 709-3338

**krisjkrausesq@gmail.com**

23CR0621-JES