SENTENCING SUMMARY CHART
[☒ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: April 18, 2025

| | |
|---|---|
| USPO | _____ |
| AUSA | X |
| DEF | _____ |

Defendant's Name: Lorenzo Mendez Sanchez    Docket No.: 23-CR-0621-19-JES

Attorney's Name: Joshua C. Mellor    Phone No.: 619-546-9733

Guideline Manual Used: November 2024    Agree with USPO Calcs. No

Base Offense Level(s): USSG § 2D1.1(c)(a) - At least 450 kilograms of cocaine    38

Specific Offense Characteristics: USSG § 2D1.1(b)(18) - Safety Valve Reduction    -2

Adjusted Offense Level:
☐ Combined (Mult. Counts)    ☐ Career Off.    ☐ Armed Career Crim.    36

Adjustment for Acceptance of Responsibility [☒ Government Motion - USSG §3E1.1(b)]    -3

Total Offense Level:    33

Supervised Release Range (based on Total Offense Level): 5 to 5 years

Fine Range (based on Total Offense Level): $ 35,000 to $ 20,000,000

Criminal History Score:    0

Criminal History Category:    I
☐ Career Offender    ☐ Armed Career Criminal

Guideline Range:    from 135 mths
(Range limited by: ☐ minimum mand.    ☐ statutory maximum)    to 168 mths

Departures:
USSG §§ 5K2.0 & 4C1.1(a)(1) - Exp. Res./Combo & Zero-Point Offender    -2/-2

Resulting Guideline Range: Adjusted Offense Level: 29    from 87 mths
    to 108 mths

RECOMMENDATION: 87 months' custody; 5 years S/R;

No fine; and $200 Special Assessment.

03/2023