SENTENCING SUMMARY CHART
[☒ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: February 6, 2026

USPO _____
AUSA ___X___
DEF _____

Defendant's Name:  Ugan Lopez Beltran          Docket No.:  23-CR-0621-JES

Attorney's Name:   Joshua C.Mellor           Phone No.:  619-546-9733

Guideline Manual Used:  November 2025          Agree with USPO Calcs.  No

Base Offense Level(s):  USSG § 2D1.1(c)(1), at least 450 kgs. of cocaine w/o mit. role   38

Specific Offense Characteristics: USSG § 2D1.1(b)(18), Safety Valve   0

USSG § 3B1.2(b) - Adjustment for aggravating role   +2

Adjusted Offense Level:
☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim.   _____

Adjustment for Acceptance of Responsibility ☒ Government Motion - USSG §3E1.1(b)   -3

Zero-Point Offender, § 4C1.1   0

Early Disposition/Fast Track, § 3F1.1   0

Adjusted Offense Level:   37

Criminal History Score:   0

Criminal History Category:   I

☐ Career Offender   ☐ Armed Career Criminal

Guideline Range   from  210  months
Range limited by: ☐ minimum mandatory  ☐ statutory maximum)   to  262  months

Variances:  Two-level variance for early disposition/appeal waiver

RECOMMENDATION:  168 months' custody; 5 years S/R;

No fine; and $200 Special Assessment.

Defendant is not eligible for safety-valve or the zero point offender departure as he is subject to an aggravated role adjustment (USSG §§ 3B1.2(b) and 4C1.1(10)).

10/2025