MATTHEW J. LOMBARD (SBN 239910)
Law Offices of Matthew J. Lombard
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064
Telephone (424) 371-5930
Facsimile (310) 392-9029
Email: mlombard@lombardlaw.net

Attorney for Defendant
UGAN LOPEZ BELTRAN

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:23-cr-00621-JES-2 |
| ) | |
| Plaintiff, ) | **DEFENDANT'S SENTENCING SUMMARY CHART** |
| ) | |
| v. ) | |
| ) | |
| UGAN LOPEZ BELTRAN, ) | |
| ) | Date:   February 6, 2026 |
| Defendant. ) | Court:  Hon. James E. Simmons |
| ) | |

Defendant UGAN LOPEZ BELTRAN, through counsel, hereby and herewith submits his Sentencing Summary Chart, which is based upon the files and records of this case.

DATED: January 30, 2026

Respectfully submitted,

LAW OFFICES OF
MATTHEW J. LOMBARD

By      */s/Matthew J. Lombard*
          MATTHEW J. LOMBARD
          Attorney for Defendant
          UGAN LOPEZ BELTRAN

## SENTENCING SUMMARY CHART

USPO □
AUSA □
DEF ■

Sentencing Date: <u>February 6, 2026</u>

Defendant's Name: <u>UGAN LOPEZ BELTRAN</u>    Docket No. <u>23-CR-00621-JES-2</u>

Guideline Manual Used: <u>November 1, 2025</u>    Agree with USPO Calc: <u>No</u>

Base Offense Level (Drug Quantity, if Applicable):

<u>U.S.S.G. §2D1.1(c)(1) (more than 450 kg. of cocaine)</u>    <u>38</u>

Specific Offense Characteristics:

<u>"Safety Valve," U.S.S.G. §§2D1.1(b)(18) & 5C1.2</u>    <u>-2</u>

Adjustment for Role in the Offense:    <u>0</u>

Adjustment for Obstruction of Justice:    <u>0</u>

Adjusted Offense Level:    <u>36</u>

  □ Combined (Mult. Counts)    □ Career Off.    □ Armed Career Crim.

Adjustment for Acceptance of Responsibility: U.S.S.G. §3E1.1(a) & (b)    <u>-3</u>

Adjustment for Zero-Point Offender: U.S.S.G. §4C1.1    <u>-2</u>

Total Offense Level:    <u>31</u>

Criminal History Score:    <u>0</u>

Criminal History Category:    <u>I</u>

  □ Career Offender    □ Armed Career Criminal

Guideline Range:    from <u>108</u> mths

  (Range limited by: __ minimum mand. and ___ stat. maximum)    to <u>135</u> mths

Departures:

<u>Early Disposition/Appellate Waiver, U.S.S.G. §5K2.0</u>    <u>- 2</u>

Resulting Guideline Range: **Level 29, Category I**    from <u>87</u> mths

    to <u>108</u> mths

*Recommended Sentence:* **60 months imprisonment**.

Under <u>Koon v. United States</u>, 116 U.S. 2035 (1996), and Combination of Factors including 18 U.S.C. §3553(a) criteria, Defendant requests the lowest reasonable non-guideline sentence at the time of the hearing, i.e., 60 months.

## PROOF OF SERVICE

STATE OF CALIFORNIA　　　)
　　　　　　　　　　　　　) ss.
COUNTY OF LOS ANGELES )

I, LISA MAXEY, declare:

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 3302 S. Grand Avenue, Los Angeles, California 90007.

On January 30, 2026, I caused the foregoing document described as:

## DEFENDANT'S SENTENCING SUMMARY CHART

to be served upon the interested parties in this action by electronic service:

Joshua Mellor
Assistant United States Attorney

Lexus G. Garcia
United States Probation Officer

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of January, 2026, in Los Angeles, California.

*/s/Lisa Maxey*
LISA MAXEY