ADAM GORDON
United States Attorney
JOSHUA C. MELLOR
Assistant United States Attorney
California State Bar No. 255870
Federal Office Building
880 Front Street, Room 6293
San Diego, California  92101-8893
Telephone:  (619) 546-9733

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23-CR-00621-JES |
|---|---|
| Plaintiff, | **UNITED STATES' MOTION TO DISMISS INDICTMENT** |
| v. | |
| JUAN PABLO BASTIDAS ERENAS, | |
| Defendant. | |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, ADAM GORDON, United States Attorney, and Joshua C. Mellor, Assistant United States Attorney, and respectfully requests, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, that the Court dismiss, without prejudice, the indictment against JUAN PABLO BASTIDAS ERENAS in case number 23-CR-0621-JES.  On or about January 10, 2025, a superseding indictment was returned against JUAN PABLO BASTIDAS ERENAS in case number 25-CR-00119-JES.  On February 11, 2026, JUAN PABLO BASTIDAS ERENAS was arraigned on the superseding indictment.  The United States now moves to dismiss the underlying indictment against JUAN PABLO BASTIDAS ERENAS in case number 23-CR-00621-JES.

//

//

This motion is made in the interest of justice and is unopposed by defense counsel.

DATED: February 18, 2026.

Respectfully submitted,

ADAM GORDON
United States Attorney

s/*Joshua C. Mellor*
JOSHUA C. MELLOR
Assistant United States Attorney
Attorneys for Plaintiff