**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                               Plaintiff,<br><br>                    v.<br><br>Juan Pablo Bastidas Erenas (1)<br><br>                               Defendant. | Case No: 3:23-cr-0621-JES-1<br><br><br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☑ an indictment has been filed in another case against the defendant and this Court has granted the government motion for dismissal of this case, without prejudice; or

☐ this Court has dismissed the case for unnecessary delay; or

☐ this Court has granted the government motion for dismissal of this case, without prejudice; or

☐ this Court has granted the defendant motion for a judgment of acquittal; or

☐ a jury has been waived, and this Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty.

The offenses as charged in the Indictment/Information are dismissed:

21:959,960,963; 21:853; 46:70507; 46:70503,70506(b); 21:853; 46:70507 - International

Conspiracy to Distribute Cocaine; Conspiracy to Possess with Intent to Distribute Cocaine

on Board a Vessel

**DATED:** Feb. 18, 2026

**HON. JAMES E. SIMMONS, JR.**
United States District Judge